IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA GRICE, on her own behalf and as administrator of the ESTATE OF ROBERT R. GRICE,  )<br>)<br>) | 2:05-cv-176 |
| Plaintiff,  ) | |
| v.  ) | |
| THE UNITED STATES LIFE INSURANCE COMPANY  )<br>) | |
| Defendant.  ) | |

## ORDER OF COURT

AND NOW, this 13th day of March, 2006, upon consideration of PLAINTIFF'S MOTION TO COMPEL DISCOVERY (Document No. 13), PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY (Document No. 14), Defendant's MOTION TO EXTEND DISCOVERY DEADLINES BY THIRTY (30) DAYS (Document No. 16), DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS AND TO COMPEL DISCOVERY and MEMORANDUM IN SUPPORT (Document No. 17), Plaintiff's Motion to Compel is **GRANTED** and it is hereby **ORDERED** as follows:

1. Defendant shall provide a full and complete responses to Plaintiff's Interrogatories and Request for Production of Documents on or before **March 21, 2006**;

2. Plaintiff may conduct such discovery depositions as deemed necessary and appropriate as a result of the above referenced answers to interrogatories and document production on or before **April 21, 2006**;

3. Defendant shall be sanctioned and is ordered to pay to counsel for Plaintiff an award of attorneys fees and costs in the amount of $1,325.00 for the preparation and presentation of the above referenced Motion to Compel and brief; and,

4. Defendant's Motion to Extend Discovery Deadlines is **DENIED**.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Gregory G. Paul, Esquire
Email: gpaul@peircelaw.com

Salvatore A. Clemente, Esquire
Email: clementesa@wemed.com